## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

DANA C. MAESTRI                                                             PLAINTIFF

v.                      Case No. 2:15-CV-2125

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                    DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 29th day of August , 2016.

/s/P. K. Holmes, III
    P. K. HOLMES, III
    CHIEF U.S. DISTRICT JUDGE